**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ANILEC TELLEZ-GARCIA #A243-129-061** | **CIVIL ACTION NO. 26-3496 SEC P**

**VERSUS** | **JUDGE EDWARDS**

**U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE AYO**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers this 17th day of November, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**